UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOM DENNIS HOPPER,

                                 CRIMINAL CASE NO. 04-50077
                      Petitioner,

v.                                   HONORABLE PAUL V. GADOLA
                                   U.S. DISTRICT JUDGE

UNITED STATES OF AMERICA,

                      Respondent.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This is a habeas corpus action under 28 U.S.C. § 2255. Before the Court is Petitioner's

petition for a writ of habeas corpus, filed October 19, 2006, and the Report and Recommendation

of Magistrate Judge Steven D. Pepe, filed on July 10, 2007. The Magistrate Judge's Report and

Recommendation recommended that this Court deny Petitioner's motion. The Magistrate Judge also

notified the parties that any objections must be filed within ten days of service. Petitioner filed

objections on July 19, 2007. Respondent did not file a response.

The Court's standard of review for a magistrate judge's Report and Recommendation

depends upon whether a party files objections. If a party does not object to the Report and

Recommendation, the Court does not need to conduct a review by any standard. *See Lardie v.*

*Birkett,* 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) (Gadola, J.). If a party does object to portions

of the Report and Recommendation, the Court reviews those portions *de novo*. *Lardie*, 221 F. Supp.

2d at 807. The Federal Rules of Civil Procedure dictate this standard of review in Rule 72(b), which

states, in relevant part:

The district judge to whom the case is assigned shall make a de novo determination

upon the record, or after additional evidence, or any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the recommended decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

Fed. R. Civ. P. 72(b).

Here, because Petitioner filed objections, this Court reviews *de novo* those portions to which an objection has been made. *See Lardie,* 221 F. Supp. 2d. at 807. *De novo* review in these circumstances requires at least a review of the evidence before the magistrate judge; the Court may not act solely on the basis of a magistrate judge's Report and Recommendation. *See* 12 Wright, Miller & Marcus, Federal Practice and Procedure: Civil 2d § 3070.2 (1997); *Hill v. Duriron Co.,* 656 F.2d 1208, 1215 (6th Cir. 1981). The Court may supplement the record by entertaining additional evidence, but is not required to do so. 12 Wright, Federal Practice § 3070.2. After reviewing the evidence, the Court is free to accept, reject, or modify the findings or recommendations of the magistrate judge. *See Lardie,* 221 F. Supp. 2d at 807. If the Court accepts a Report and Recommendation, the Court is not required to state with specificity what it reviewed; it is sufficient for the Court to state that it engaged in a *de novo* review of the record and adopts the Report and Recommendation. *See id*; 12 Wright, Federal Practice § 3070.2.

Therefore, in accordance with the requisite *de novo* review, the Court has reviewed the claims and evidence that were before Magistrate Judge Pepe. After that review the Court finds that

the Report and Recommendation prepared by the magistrate judge is factually sound and legally correct.

**ACCORDINGLY, IT IS HEREBY ORDERED** that the Report and Recommendation [docket entry #29] is **ACCEPTED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Petitioner's petition for writ of habeas corpus [docket entry #23] is **DENIED.**

**SO ORDERED.**

Dated:   August 30, 2007                             s/Paul V. Gadola
                                                       HONORABLE PAUL V. GADOLA
                                                        UNITED STATES DISTRICT JUDGE

---

<div style="border:1px solid">

Certificate of Service

I hereby certify that on   August 30, 2007   , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:
      Robert W. Haviland                                       , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:       Thom Dennis Hopper                    .

                                                s/Ruth A. Brissaud
                                                  Ruth A. Brissaud, Case Manager
                                                  (810) 341-7845

</div>